# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

CRISLEY FLORES

   Plaintiff,

  v.

PRINCESS CRUISE LINES, LTD. et al.

   Defendants.

Case No. 2:25-cv-10928-SB-BFM

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: MARCH 27, 2026

               
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-